BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
KELSEY A. MANWEILER, IDAHO STATE BAR NO. 10604
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

U.S. COURTS

FEB 10 2026

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID GREGORY MENDOZA, <br><br> Defendant. | Case No. 1:26 CR 26 AKB <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 111(a) and (b) <br> 21 U.S.C. § 841(a)(1) and (b)(1)(A) <br> 21 U.S.C. § 853 |

The Grand Jury charges:

.

## COUNT ONE

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1), (b)(1)(A)**

On or about February 5, 2025, in the District of Idaho, the Defendant, DAVID GREGORY MENDOZA, did knowingly and intentionally possess with intent to distribute at least fifty grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code 841(a)(1), (b)(1)(A).

**INDICTMENT - 1**

Before DAVID GREGORY MENDOZA committed the offense charged in this count, DAVID GREGORY MENDOZA had a final conviction for two serious drug felonies, namely:

1. a conviction for possession of a controlled substance with the intent to deliver, in Ada County, Idaho case CR-03-1035, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense; and

2. a conviction for distribution of methamphetamine, in the U.S. District Court for the District of Idaho, case 1:15-cr-108-EJL, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT TWO

### Possession with Intent to Distribute Cocaine
### 21 U.S.C. § 841(a)(1), (b)(1)(C)

On or about February 5, 2025, in the District of Idaho, the Defendant, DAVID GREGORY MENDOZA, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code 841(a)(1), (b)(1)(C).

Before DAVID GREGORY MENDOZA committed the offense charged in this count, DAVID GREGORY MENDOZA had a final conviction for a felony drug offense, namely:

1. a conviction for possession of a controlled substance with the intent to deliver, in Ada County, Idaho case CR-03-1035; and

2. a conviction for distribution of methamphetamine, in the U.S. District Court for the District of Idaho, case 1:15-cr-108-EJL.

**INDICTMENT - 2**

## COUNT THREE

**Assault on a Federal Officer or Employee with a Deadly or Dangerous Weapon
18 U.S.C. § 111(a) and (b)**

On or about February 5, 2025, in the District of Idaho, the Defendant, DAVID GREGORY MENDOZA, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer and employee of the United States, D.S., while the employee was engaged in, and on account of, the performance of his official duties, and such acts were committed with a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT FOUR

**Assault on a Federal Officer or Employee with a Deadly or Dangerous Weapon
18 U.S.C. § 111(a) and (b)**

On or about February 5, 2025, in the District of Idaho, the Defendant, DAVID GREGORY MENDOZA, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer and employee of the United States, B.S., while the employee was engaged in, and on account of, the performance of his official duties, and such acts were committed with a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a) and (b).

## CRIMINAL FORFEITURE ALLEGATION

**Drug Forfeiture
21 U.S.C. § 853**

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the Defendant, DAVID GREGORY MENDOZA, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds

**INDICTMENT - 3**

the said Defendant obtained directly or indirectly as a result of the foregoing offense; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses.

Substitute Assets.

Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a.    Cannot be located upon the exercise of due diligence;

b.    Has been transferred or sold to, or deposited with, a third person;

c.    Has been placed beyond the jurisdiction of the court;

d.    Has been substantially diminished in value; or

e.    Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 10th day of February, 2026.

A TRUE BILL

*/s/ [signature on reverse]*

_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEY
KELSEY A. MANWEILER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 4**